Form NTCTRFNL (12/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Martin D Newfer**<br>8575 Bingham Ave<br>Newaygo, MI 49337–9767<br>SSN: xxx–xx–1304<br>**Tamara J Newfer**<br>8575 Bingham Ave<br>Newaygo, MI 49337–9767<br>SSN: xxx–xx–1652<br><br>Debtor(s) | **Case Number 09–09559–jdg**<br><br>**Chapter 7**<br><br>**Honorable James D. Gregg** |

# NOTICE OF OPPORTUNITY TO OBJECT TO
# CHAPTER 7 TRUSTEE'S FINAL REPORT AND ACCOUNT AND/OR
# APPLICATIONS FOR COMPENSATION

Any person wishing to object to any fee application or the Trustee's Final Report (attached hereto), must file a written objection within 21 days of the service of this notice, together with a request for a hearing and serve a copy of both upon the Chapter 7 trustee, any party whose application is being challenged and the United States Trustee.  If no objections are timely filed, the Court will act upon the fee applications and the trustee may pay dividends pursuant to Fed. R. Bankr. P. 3009 without further order of the Court.

DANIEL M. MCDERMOTT
United States Trustee
Region 9 (Michigan/Ohio)

Dated: June 23, 2010

By: /s/_____
Matthew T.Cronin
Assistant U.S. Trustee

[2] *Aliases for Joint Debtor Tamara J Newfer : fka Tamara J Barnes–Newfer*