UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
Southern Division

| In the Matter of: | | In Bankruptcy |
|---|---|---|
| NEWFER, MARTIN D | | Case No.: 09-09559 JDG |
| NEWFER, TAMARA J | | Chapter 7 |
| BARNES-NEWFER, TAMARA J | | Hon. James D. Gregg |
| Debtor(s) | | |

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $2,186.88 represents the total sum of unclaimed dividends in this estate, and is paid to the Court pursuant to 11 U.S.C. §347(a). I have checked the current matrix of creditors on file with the Clerk of the Court and find no change of address for the creditor(s) listed below.

The name(s) and last known address(es) of the creditor(s) entitled to these unclaimed dividends is/are as follows:

| Creditor Name | Last Known Creditor Address | Claim # | Amount of Dividend |
|---|---|---|---|
| FIA CARD SERVICES NA BANK OF AMERICA BY AMERICAN INFOSOURCE LP | PO BOX 248809 OKLAHOMA CITY OK 73124-8809 | 5 | $223.92 |
| FIA CARD SERVICES NA BANK OF AMERICA BY AMERICAN INFOSOURCE LP | PO BOX 248809 OKLAHOMA CITY OK 73124-8809 | 6 | $577.78 |
| FIA CARD SERVICES NA BANK OF AMERICA BY AMERICAN INFOSOURCE LP | PO BOX 248809 OKLAHOMA CITY OK 73124-8809 | 7 | $1,385.18 |
| | | Total | $2,186.88 |

Dated: October 26, 2010

/S/ John A. Porter
John A. Porter, Trustee
6059 Cannon Highlands Drive, NE
Belmont, MI  49306
(616) 874-4800

**UNITED STATES BANKRUPTCY COURT**
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

# 242885    — KD

November 02, 2010
15:06:25

UNCLAIMED FUNDS
09-09559

Debtor.: MARTIN D NEWFER
Judge..: James D. Gregg
Trustee: JOHN PORTER
Amount.:              $2,186.88 CH
Check#.: 112

Total-> $2,186.88

FROM: JOHN PORTER